JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

DENISE COLLEEN ABRAMSON,   ) Case No: 2:25-cv-08923-SP
    Plaintiff,   )
       )
    vs.   ) **JUDGMENT**
       )
FRANK BISIGNANO,   )
Commissioner of Social Security,   )
       )
    Defendant.   )
       )
_____ )

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (docket no. 20), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  March 18, 2026   _____

    HON. SHERI PYM
    UNITED STATES MAGISTRATE JUDGE